LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiffs,
MACSTEEL INTERNATIONAL SOUTH AFRICA (PTY)
LIMITED and MACSTEEL INTERNATIONAL U.K. LIMITED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MACSTEEL INTERNATIONAL SOUTH          :
AFRICA (PTY) LIMITED and MACSTEEL     :
INTERNATIONAL U.K. LIMITED            :
                                      :
                    Plaintiffs,       :       08 CIV 5241
                                      :
-against-                             :
                                      :
CONTCHART LEBANNON, a/k/a/            :       **RULE 7.1 STATEMENT**
CONTCHART LEBANON, a/k/a              :
CONTCHART OVERSEAS (Offshore) S.a.L., :
                                      :
                    Defendant.        :
------------------------------------------------------------x

RECEIVED
JUN 09 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiffs, MACSTEEL INTERNATIONAL SOUTH AFRICA (PTY) LIMITED and MACSTEEL INTERNATIONAL U.K. LIMITED, by and through undersigned counsel, Law Offices of Simon Harter, Esq., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify that neither Plaintiff MACSTEEL INTERNATIONAL SOUTH AFRICA (PTY) LIMITED nor Plaintiff MACSTEEL INTERNATIONAL U.K LIMITED is publicly traded.

The parent companies of both Plaintiffs are ArcelorMittal SA and Macsteel Holdings Pty Ltd.    Arcelor Mittal S.A. is publicly traded in South Africa on the Johannesburg Stock Exchange.

Dated:    June 9, 2008

<div style="margin-left:40%">

**LAW OFFICES OF SIMON HARTER, ESQ.**
Attorneys for Plaintiffs,
MACSTEEL INTERNATIONAL SOUTH AFRICA
(PTY) LIMITED and
MACSTEEL INTERNATIONAL U.K. LIMITED

By:    _____
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 (Phone)
(212) 979-0251 (Fax)

</div>