LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiffs,
MACSTEEL INTERNATIONAL SOUTH AFRICA (PTY)
LIMITED and MACSTEEL INTERNATIONAL U.K. LIMITED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
MACSTEEL INTERNATIONAL SOUTH
AFRICA (PTY) LIMITED and MACSTEEL
INTERNATIONAL U.K. LIMITED

  Plaintiffs,

-against-

CONTCHART LEBANNON, a/k/a/
CONTCHART LEBANON, a/k/a
CONTCHART OVERSEAS (Offshore) S.a.L.,

  Defendant.
-----------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 06-10-08

**ORDER APPOINTING**
**PROCESS SERVER**

Plaintiffs, MACSTEEL INTERNATIONAL SOUTH AFRICA (PTY) LIMITED and MACSTEEL INTERNATIONAL U.K. LIMITED, having moved for an Order pursuant to Fed.R.Civ. 4(c) appointing Simon Harter, Gerald Weathers, or any other person appointed by Law Offices of Simon Harter, Esq., who is over 18 years of age and not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the Affirmation of Simon Harter, Esq., that such appointment will result in substantial economies of time and expense,

**NOW**, on motion of Law Offices of Simon Harter, Esq., Attorneys for Plaintiffs, it is

**ORDERED**, that Simon Harter, Gerald Weathers, or any other person at least 18 years of age and not a party to this action, appointed by Law Offices of Simon Harter, Esq., be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment and the Process of Maritime Attachment and Garnishment, and any Supplemental Orders and Process issued herein, on all garnishees as so permitted therein.

Dated:   June 9, 2008          **SO ORDERED:**

_____
U.S.D.J.